

OKLAHOMA
State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

**IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA**

| | |
|---|---|
| Janessa Bointy,<br>     Plaintiff,<br>v.<br><br>1. STATE OF OKLAHOMA EX REL Oklahoma State Department Of Education, and<br>2. Ryan Walters, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF PUBLIC INSTRUCTION AND HIS INDIVIDUAL CAPACITY,<br>     Defendant. | **No. CJ-2023-5054**<br>**(Civil relief more than $10,000: WRONGFUL TERMINATION)**<br><br>Filed: 09/01/2023<br><br>Judge: Stinson, Sheila |

## PARTIES

Bointy,  Janessa, Plaintiff
Oklahoma State Department Of Education, Defendant
Walters,  Ryan, Defendant

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| CLEVELAND,  BRYAN (Bar #33860)<br>OKLAHOMA STATE DEPT OF EDUCATION<br>2500 NORTH LINCOLN BLVD<br>OKLAHOMA CITY, OK 73105 | Oklahoma State Department Of Education,<br>Walters,  Ryan |
| Roper,  Leah  M (Bar #32107)<br>THE CENTER FOR EMPLOYMENT LAW<br>1133 N. PORTLAND AVE.<br>OKLAHOMA CITY, OK 73107 | Bointy,   Janessa |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, November 2, 2023 at 11:00 AM<br>  MOTION TO DISMISS AND BRIEF IN SUPPORT | | Sheila Stinson | |

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

| Issue # 1. | Issue: WRONGFUL TERMINATION (TERMINATE)<br>Filed By: Bointy, Janessa<br>Filed Date: 09/01/2023 |
|---|---|
| | **Party Name**     **Disposition Information**<br>                              Pending. |

## DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 09-01-2023 | TEXT | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 09-01-2023 | TERMINATE | | |
| | | WRONGFUL TERMINATION | |

| | | |
|---|---|---|
| **09-01-2023  \| DMFE \|** | | $ 7.00 |
| DISPUTE MEDIATION FEE | | |
| **09-01-2023  \| PFE1 \|** | | $ 163.00 |
| PETITION | | |
| **09-01-2023  \| PFE7 \|** | | $ 6.00 |
| LAW LIBRARY FEE | | |
| **09-01-2023  \| OCISR \|** | | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| **09-01-2023  \| OCJC \|** | | $ 1.55 |
| OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | |
| **09-01-2023  \| OCASA \|** | | $ 5.00 |
| OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | |
| **09-01-2023  \| SSFCHSCPC \|** | | $ 10.00 |
| SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| **09-01-2023  \| CCADMINCSF \|** | | $ 1.00 |
| COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| **09-01-2023  \| CCADMIN0155 \|** | | $ 0.16 |
| COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | |
| **09-01-2023  \| SJFIS \|** | | $ 0.45 |
| STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | |
| **09-01-2023  \| DCADMIN155 \|** | | $ 0.23 |
| DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | |
| **09-01-2023  \| DCADMIN05 \|** | | $ 0.75 |
| DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | |
| **09-01-2023  \| DCADMINCSF \|** | | $ 1.50 |
| DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| **09-01-2023  \| CCRMPF \|** | | $ 10.00 |
| COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | |
| **09-01-2023  \| CCADMIN04 \|** | | $ 0.50 |
| COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | |
| **09-01-2023  \| LTF \|** | | $ 10.00 |
| LENGTHY TRIAL FUND | | |
| **09-01-2023  \| SMF \|** | | $ 20.00 |
| 2X SUMMONS | | |
| **09-01-2023  \| P \|** | | |
| PETITION | | |
| Document Available (#1056039675) ☐TIFF   🅰PDF | | |
| **09-01-2023  \| EAA \|** | | |
| ENTRY OF APPEARANCE - LEAH M ROBER FOR PLAINTIFF | | |
| Document Available (#1056243010) ☐TIFF   🅰PDF | | |
| **09-01-2023  \| TEXT \|** | | |
| OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STINSON, SHEILA TO THIS CASE. | | |
| **09-01-2023  \| ADJUST \|** | | $ 6.56 |
| ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | |
| **09-01-2023  \| ACCOUNT \|** | | |

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2023-5054: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2023-5054: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25
CJ-2023-5054: AC81 LENGTHY TRIAL FUND -$0.25
CJ-2023-5054: AC79 OCIS REVOLVING FUND -$0.63
CJ-2023-5054: AC67 DISTRICT COURT REVOLVING FUND -$0.07
CJ-2023-5054: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2023-5054: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2023-5054: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2023-5054: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13
CJ-2023-5054: AC31 COURT CLERK REVOLVING FUND -$0.05
CJ-2023-5054: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2023-5054: AC01 CLERK FEES -$4.54

**09-01-2023  | ACCOUNT |**

RECEIPT # 2023-5476841 ON 09/01/2023.
PAYOR: ROPER/LEAH TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2023-5054: $178.46 ON AC01 CLERK FEES.
CJ-2023-5054: $6.56 ON AC09 CARD ALLOCATIONS.
CJ-2023-5054: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2023-5054: $1.61 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2023-5054: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2023-5054: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2023-5054: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2023-5054: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2023-5054: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2023-5054: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2023-5054: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2023-5054: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2023-5054: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**09-13-2023  | SERV |**

RETURN OF SERVICE AFFIDAVIT - RYAN WALTERS SERVED PERSONALLY BY SERVING HANNAH NAILER (HR) ON 9/12/23
Document Available (#1056491898) ☐TIFF   📄PDF

**09-22-2023  | EAA |**

ENTRY OF APPEARANCE/BRYAN CLEVELAND ATTNY FOR DEFENDANTS
Document Available (#1056492178) ☐TIFF   📄PDF

**09-22-2023  | NOH |**

NOTICE OF HEARING
Document Available (#1056562458) ☐TIFF   📄PDF

**09-22-2023  | MOD |**

MOTION TO DISMISS AND BRIEF IN SUPPORT
Document Available (#1056562580) ☐TIFF   📄PDF

**10-05-2023  | SERV |**

RETURN OF SERVICE AFFIDAVIT
Document Available (#1056568148) ☐TIFF   📄PDF

**10-06-2023  | RESP |**

RESPONSE IN OPPOSITION TO THE STATE OF OKLAHOMA'S MOTION TO DISMISS
Document Available (#1056721501) ☐TIFF   📄PDF

**10-26-2023  | EAA |**

ENTRY OF APPEARANCE OF JULIA MANN ON BEHALF OF THE DEFENDANT RYAN WALTERS
Document Available (#1056873886) ☐TIFF   📄PDF

**10-26-2023  | MOD |**

DEFENDANT RYAN WALTERS'S IN HIS INDIVIDUAL CAPACITY, MOTION TO DISMISS AND BRIEF IN SUPPORT
Document Available (#1056966202) ☐TIFF   📄PDF

**10-27-2023  | R |**

REPLY IN SUPPORT OF MOTION TO DISMISS
Document Available (#1056964574) ☐TIFF   📄PDF

**11-02-2023  | CTFREE |**

JUDGE STINSON: COUNSELS PRESENT, ARGUMENTS HEARD, MOTION TO DISMISS AND BRIEF IN SUPPORT - DENIED

**11-02-2023  | LT |**

LETTER
Document Unavailable (#1055698499)

**11-03-2023  | CNOTE |**

JOURNAL ENTRY - SIGNED IN OUT BOX