

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| JANESSA BOINTY, <br><br> Plaintiff, <br><br> v. <br><br> 1. STATE OF OKLAHOMA, *ex rel*, OKLAHOMA STATE DEPARTMENT OF EDUCATION, and <br><br> 2. RYAN WALTERS, in his official capacity as Superintendent of Public Instruction and his individual capacity, <br><br> Defendant. | FILED IN DISTRICT COURT <br> OKLAHOMA COUNTY <br><br> SEP 1 - 2023 <br><br> RICK WARREN <br> COURT CLERK <br><br> Case No.    126_____ <br><br> CJ - 2023 - 5054 |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Plaintiff.

I certify that I am admitted to practice in this Court.

**RESPECTFULLY SUBMITTED THIS 1ST DAY OF SPEMTEBER, 2023.**

_/s/ Leah M. Roper_
Leah M. Roper, OBA #32107
THE CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone: 405.252.1180
leah@centerforemploymentlaw.com
ATTORNEY FOR PLAINTIFF