

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

SEP 2 2 2023

RICK WARREN
COURT CLERK
41_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

JANESSA BOINTY,

    *Plaintiff,*

vs.

STATE OF OKLAHOMA ex rel. OKLAHOMA STATE DEPARTMENT OF EDUCATION, and

RYAN WALTERS, *in his official capacity as Superintendent of Public Instruction, and in his individual capacity,*

    *Defendants.*

No. CJ-2023-5054

## ENTRY OF APPEARANCE

    Bryan Cleveland, General Counsel for the Oklahoma State Department of Education, hereby appears in the above-captioned matter on behalf of Defendants Oklahoma State Department of Education and Ryan Walters, in his official capacity as Superintendent of Public Instruction.

    Respectfully Submitted,

    _____
    Bryan Cleveland, OBA #33860
    General Counsel

    Oklahoma State Department of Education
    2500 North Lincoln Boulevard
    Oklahoma City, OK 73105
    (405) 522-2424
    bryan.cleveland@sde.ok.gov

    *Counsel for Defendants Oklahoma State Department of Education and Ryan Walters, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2023, I mailed, with proper U.S. postage prepaid thereon, and emailed a true and correct copy of the above and foregoing instrument to the following:

Leah M. Roper, OBA No. 32107
The Center for Employment Law
1133 N. Portland Ave.
Oklahoma City, OK 73107
leah@centerforemploymentlaw.com

*Bryan Cleveland*
Bryan Cleveland