
*105656562458*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

SEP 2 2 2023

RICK WARREN
COURT CLERK
42_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

JANESSA BOINTY,

                                    *Plaintiff,*

vs.

STATE OF OKLAHOMA ex rel. OKLAHOMA
STATE DEPARTMENT OF EDUCATION, and

RYAN WALTERS, *in his official capacity as Superintendent
of Public Instruction, and in his individual capacity,*

                                    *Defendants.*

No. CJ-2023-5054

## NOTICE OF HEARING

Please take notice: Defendants' Motion to Dismiss will be heard on *November 2, 2023* at *11:00* am/pm before the Honorable *Judge Stinson* at the Oklahoma County Courthouse, 321 Park Avenue, Room 201, Oklahoma City, OK 73102.

Respectfully Submitted,

*By Clld*

Bryan Cleveland, OBA #33860
General Counsel

Oklahoma State Department of Education
2500 North Lincoln Boulevard
Oklahoma City, OK 73105
(405) 522-2424
bryan.cleveland@sde.ok.gov

*Counsel for Defendants Oklahoma State Department
of Education and Ryan Walters, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2023, I mailed, with proper U.S. postage prepaid thereon, and emailed a true and correct copy of the above and foregoing instrument to the following:

Leah M. Roper, OBA No. 32107
The Center for Employment Law
1133 N. Portland Ave.
Oklahoma City, OK 73107
leah@centerforemploymentlaw.com

Bryan Cleveland