

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT - 5 2023

RICK WARREN
COURT CLERK

73_____

In the District Court of Oklahoma County
State of Oklahoma

JANESSA BOINTY )
 )
Plaintiff, )
 )
VS. ) Case No.: CJ-2023-5054
 )
STATE OF OKLAHOMA, EX REL, OKLAHOMA STATE DEPARTMENT )
OF EDUCATION and RYAN WALTERS )
Defendant, )

### Return of Service Affidavit
*Substitute Service - Abode*

I Sara Thomas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state of Oklahoma, I was authorized by law to make service upon the person or entity named above in the manner set forth below:

Documents Served:   Summons; Petition; and Entry of Appearance

| | |
|---|---|
| Name: RYAN WALTERS | Date Received: Sep 6, 2023 |
| Accepted By: KATHY GOINGS (Mother-in-law) | Manner of Service: Substitute Service - Abode |
| Address: 8225 NW 152ND TERR | Date Served: Oct 5, 2023 |
| OKLAHOMA CITY, OK 73013 | Time Served: 9:45 am CDT |

Shawn Kidwell: PSS-2021-5

SWORN TO AND SUBSCRIBED TO BEFORE ME
Oct 5, 2023

_____
Notary Public

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

JANESSA BOINTY,

        Plaintiff,

v.

1. STATE OF OKLAHOMA, *ex rel,* OKLAHOMA STATE DEPARTMENT OF EDUCATION, and

2. RYAN WALTERS, in his official capacity as Superintendent of Public Instruction and his individual capacity,

        Defendant.

Case No. CJ - 2023 - 5054

### SUMMONS

To the above-named Defendant:

Ryan Walters
Oklahoma Department of Education
Oliver Hodge Building
2500 N Lincoln Blvd.
Oklahoma City, OK 73105

You have been sued by the above-named Plaintiff and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this ____ day of September, 2023.

Attorney for Plaintiff:
Leah M. Roper, OBA #32107
THE CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
Telephone: 405.252.1180
Leah@CenterForEmploymentLaw.com

**RICK WARREN, Court Clerk**
COURT CLERK (seal)

_____
Deputy Court Clerk

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.