FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 2 6 2023

IN THE DISTRICT COURT OF OKLAHOMA COUNTY RICK WARREN
STATE OF OKLAHOMA                    COURT CLERK
                                        41 _____

| | |
|---|---|
| JANESSA BOINTY, | |
| *Plaintiff,* | |
| v. | |
| STATE OF OKLAHOMA ex rel. | |
| OKLAHOMA STATE DEPARTMENT OF | |
| EDUCATION, | No. CJ-2023-5054 |
| and | |
| RYAN WALTERS, in his official capacity | |
| as Superintendent of Public Instruction, and | |
| in his individual capacity, | |
| *Defendants.* | |

## ENTRY OF APPEARANCE

Julia Mann of Jackson Walker LLP hereby appears in the above-captioned matter on behalf

of Defendant Ryan Walters in his individual capacity.[1]

Respectfully submitted.

**JACKSON WALKER L.L.P.**

1900 Broadway, Suite 1200
San Antonio, Texas 78215
(210) 978-7700
(210) 978-7790 - Fax

By: _____
    Julia W. Mann

---

[1] Separate counsel represents Defendant Walters in his official capacity as Superintendent of Public Instruction and
has previously entered an appearance in this matter.

---

Entry of Appearance                                                                 Page 1

Oklahoma Bar #22790
jmann@jw.com

**COUNSEL FOR DEFENDANT RYAN
WALTERS in His Individual Capacity**

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, the foregoing document was served on all counsel

of record via a method approved under the applicable laws and rules of the State of Oklahoma.

Leah M. Roper                                    Via Certified Mail
The Center for Employment Law
1133 N. Portland Ave.
Oklahoma City, OK 73107

Bryan Cleveland
General Counsel
Oklahoma State Department of Education
2500 North Lincoln Boulevard
Oklahoma City, OK 73105

Julia W. Mann
JACKSON WALKER LLP