

December 4, 2020

Janessa Bointy

Dear Janessa,

Please accept this letter as a formal offer of employment at the Oklahoma State Department of Education (SDE) in the position of School Counselor Specialist for the Office of Student Support. The annual salary amount paid for this position is $60,000.00

All Project AWARE East Grant positions are funded through the Project AWARE East Grant. It is a federally awarded grant from the U.S. Department of Education The Project AWARE East Grant will expire on September 29, 2025. It is the goal of the Oklahoma State Department of Education and the Office of Student Support, to apply for additional funding opportunities as they become available.

If you accept this position, you will enter into an at-will employment relationship with SDE voluntarily. Accordingly, either you or SDE can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

This is a salaried exempt position not covered by the minimum wage and overtime provisions of the Fair Labor Standards Act (FLSA). With supervisor approval, you are eligible for accrual of compensatory time when work is performed in excess of 40-hours in a workweek. Compensatory time is accrued at one (1) hour of compensatory time for each hour worked in excess of 40 hours of the standard workweek.

If you have questions or need additional information, please feel free to contact the Human Resources office at (405) 522-1752.

To accept this offer, please sign the statement on the next page and return to Jamie Miles, Human Resources, via email at Jamie.Miles@sde.ok.gov or by fax at (405) 522-1671.

Respectfully,

Dr. Shelly Ellis    Digitally signed by Dr. Shelly Ellis
                    Date: 2020.12.08 09:22:04 -06'00'

Dr. Shelly Ellis
Deputy Superintendent
of Student Support

---

Oklahoma State Department of Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105



PLAINTIFF'S EXHIBIT 1

(405) 521-3301
sde.ok.gov