Human Resources Section
2500 North Lincoln Boulevard, Rm. 111
Oklahoma City, OK 73105-4599
Phone 405.521.3977 ~ Fax 405.522.1671
jobs@sde.ok.gov
http://ok.gov/sde/jobs



# SCHOOL COUNSELOR SPECIALIST

Date of last review: October 2020
Job Classification Code: 7152
Reports to: Project AWARE Program Manager
Salary: $55,000-$60,000

Job type: Full-Time
FLSA Classification: Exempt
Work hours: 8:00am-4:30pm M-F
Supervisory Position: No

## JOB SUMMARY
Under direction, provide leadership and guidance to improve school counseling services provided to students across the state, particularly in the areas of comprehensive school counseling programs, social/emotional development and the ASCA national model.

**PLEASE NOTE:** This position is funded through a federally awarded grant that will expire on September 29, 2025. It is the goal of the Oklahoma State Department of Education to apply for additional funding opportunities as they become available

## REQUIRED EDUCATION AND EXPERIENCE
- Graduation from an accredited college or university with a master's degree in school counseling or other related field *[official transcript(s) required]*;
- Possession of a valid school counseling teacher's certificate; and
- Experience in school counseling services.

## KNOWLEDGE/SKILLS/ABILITIES
- Considerable knowledge of the three domains of school counseling;
- Considerable knowledge of guidance and counseling programs for students at all grade levels (PK-12) as well as the ASCA national model;
- Considerable knowledge of social/emotional development;
- Considerable knowledge of trauma-informed school practices;
- Ability to effectively communicate with State Board of Education members and legislators;
- Ability to establish and maintain effective working relationships with other employees, school officials and the general public; to express clearly and concisely the philosophies, practices, and policies of the Oklahoma State Department of Education, as well as ideas, strategies, and programs relating to guidance, counseling; to judge a situation and adopt an effective course of action; to conduct needs-based in-service in guidance, counseling;
- Knowledge of technology and ability to use it to maximize efficiency and services;
- Willingness and ability to perform necessary job-related travel; and
- Conscientious commitment and willingness to provide courteous, consistent and efficient service through the performance of the prescribed job duties.

## POSITION RESPONSIBILITIES/ESSENTIAL FUNCTIONS
- Provide leadership for improved school counseling services through sharing of best practices;
- Direct the development of long-range plans, goals and objectives related to social/emotional development, trauma-informed schools' practices, at-risk student identification and student success;
- Stay informed of new trends, diagnostic and evaluation techniques, curriculum materials, curriculum integration and technology;

**EXHIBIT 3**

Human Resources Section
2500 North Lincoln Boulevard, Rm. 111
Oklahoma City, OK 73105-4599
Phone 405.521.3977 ~ Fax 405.522.1671
jobs@sde.ok.gov
http://ok.gov/sde/jobs



- Organize, supervise and encourage state, regional and district improvement in school counseling programs through professional development focused on assuring that all participants achieve increased capacity to assist students; and
- Create and deliver meaningful and articulate presentations to State Board of Education members and legislators;
- Work with existing groups, such as professional associations, Oklahoma Department of Mental Health Services, the Oklahoma State Regents for Higher Education and Oklahoma Department of Career and Technology Education, to identify problems and help develop initiatives to address these problems;
- Communicate with counseling-related professionals in the state concerning state policies, legislation, and current programs;
- Coordinate conferences for school counselors;
- Work directly with AWARE LEAs on implementation of a comprehensive school counseling framework and SEL competencies.

## TRAVEL
30% travel required with occasional overnight stays.

## WORK ENVIRONMENT
Work location is split between home office, site visits to Ada, Atoka, and Checotah Public School Districts and occasional visits to the Oklahoma State Department of Education in Oklahoma City.

## WORK AUTHORIZATION/SECURITY CLEARANCE REQUIREMENTS
Applicants must be currently authorized to work in the United States on a full time basis

## PHYSICAL REQUIREMENTS
N (Not Applicable) - Activity is not applicable to this position
O (Occasionally) - Position requires this activity up to 33% of the time (0 – 2.5+ hrs/day)
F (Frequently) - Position requires this activity from 33%-66% of the time (2.5 – 5.5 hrs/day)
C (Constantly) - Position requires this activity more than 66% of the time (5.5+ hrs/day)

| Physical Demands | | Physical Demands | | Lift/Carry | |
|---|---|---|---|---|---|
| Stand | F | Reach Over Shoulder | O | 10 lbs or less | F |
| Walk | F | Speak | F | 11-20 lbs | F |
| Sit | F | Climb | O | 21-50 lbs | O |
| Listen | F | Crawl | O | 51-100 lbs | N |
| Grasp | O | Squat or Kneel | O | Over 100 lbs | N |
| Reach Outward | O | Bend | O | | |

## EEO STATEMENT
The Oklahoma Department of Education provides equal employment opportunities (EEO) to all employees and applicants for employment without regard to race, color, religion, sex, national origin, age, disability or genetics. In addition to federal law requirements, OSDE complies with applicable state and local laws governing nondiscrimination in employment. This policy applies to all terms and conditions of employment, including recruiting, hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, compensation and training.

Human Resources Section
2500 North Lincoln Boulevard, Rm. 111
Oklahoma City, OK 73105-4599
Phone 405.521.3977 ~ Fax 405.522.1671
jobs@sde.ok.gov
http://ok.gov/sde/jobs


**OKLAHOMA Education**

## DISCLAIMER

This job description has been reviewed and approved by the Hiring Manager. It is not designed to cover or contain a comprehensive listing of activities, duties or responsibilities that are required of the employee. Other duties, responsibilities and activities may change or be assigned at any time with or without notice.

Hiring Manager: *CMcGee*   Date: 12-28-20

Employee Signature: *Janura Pointy*   Date: 12-28-2020