State of Oklahoma
# Performance Management Process (PMP)

Section A:

| ID | Name (Last, First, M.I.) | Job Title | P.I.N. |
|---|---|---|---|
| 171027 | Bointy, Janessa | School Counselor Specialist AWARE East | |

| Reason for PMP | Start Date | End Date | Agency | Supervisor | Organizational Unit/Division | Job Code |
|---|---|---|---|---|---|---|
| CLOSEOUT | 1/1/22 | 12/31/22 | 265 - OSDE | Cheryl McGee | Student Support | |

| Section B: Accountabilities (Tasks + Performance Standards) | Rating |
|---|---|
| 1. Direct the development of long-range plans, goals and objectives related to social/emotional development, trauma-informed schools' practices, at-risk student identification and student success within AWARE East LEA<br><br>Designation: | CRITICAL |
| **Results:**<br><br>Janessa works with her counseling teams within the AWARE East project to help brainstorm and address trauma informed schools best practices. | MEETS STANDARDS |
| 2. Organize, implement, and encourage state, regional and district improvement in school counseling programs through professional development focused on assuring that all participants achieve increased capacity to assist students; and create and deliver meaningful and articulate presentations to stakeholders<br><br>Designation: | CRITICAL |
| **Results:**<br><br>Janessa has been trained in TBRI as a trainer to also add an additional training opportunity for LEAs in the AWARE project and statewide. | MEETS STANDARDS |
| 3. Work directly with AWARE LEAs on resources to assist with implementation of a comprehensive school counseling framework and SEL competencies. This includes organizing, conducting, and participating in meetings with District Leadership, Grant oversight personnel, School Counselors, Licensed Mental Health providers, Community stakeholders, state level stakeholders to drive implementation of best practice student support resources<br><br>Designation: | IMPORTANT |
| **Results:**<br><br>Janessa continues to work with school counselors to understand the comprehensive school counseling framework. She does monthly meetings with each LEA counseling team. | MEETS STANDARDS |
| 4. Stay informed of new trends, diagnostic and evaluation techniques, curriculum materials, curriculum integration and technology; to better inform grant implementation at the local and state level.<br><br>Designation: | CRITICAL |
| **Results:**<br>Janessa meets this domain. One area of development to improve in this domain could be to increase understanding of technology with regards to teams, apple computers, adobe sign, and other required supports. In addition to using outlook calendar to communicate schedule and approved time away or in state/ out of state travel. | MEETS STANDARDS |

HCM-111 (02/17)



EXHIBIT 4

| ID 171027 | Name (Last, First, M.I.) Bointy, Janessa | Job Title School Counselor Specialist AWARE East | P.I.N. |
|---|---|---|---|
| 5. Work directly with AWARE LEAs on MTSS implementation with a focus on SEL and Mental Health supports<br><br>Designation: | | | CRITICAL |
| Results:<br>Janessa continues to provide supports aligned to MTSS implementation and trauma informed understanding and supports. | | | MEETS STANDARDS |
| 6. Attend all required AWARE meetings with LEAs and OSDE AWARE leadership to streamline progress on goals and objectives of the AWARE grant<br><br>Designation: | | | CRITICAL |
| Results:<br>Janessa attends all travel to LEAs to conduct monthly meetings. There have been some reports that meetings with ISF personnel within the LEA did not occur virtually so communication feedback loops will be a focus for Janessa regarding scheduled meetings with LEA staff. So even if the reports are unfounded it shows a paper trail of communication through email of any changes to the schedule with LEA staff. Janessa will use outlook calendar for this. | | | MEETS STANDARDS |
| 7. Provide consistent virtual and in/person counseling oversight to the AWARE LEAs. Train AWARE LEA counselors with OSDE approved trainings regarding best practices and provide linkage to The Oklahoma School Counselor Framework training<br><br>Designation: | | | CRITICAL |
| Results:<br>Janessa enjoys training and providing supports for the AWARE LEA counseling teams. She also branches out to support training outside of the counseling team to include school wide educator traininings aligned to the focus on the grant goals and objectives. | | | MEETS STANDARDS |
| 8.<br><br>Designation: | | | N/A |
| Results:<br><br> | | | N/A |
| For Supervisors/Managers Only<br>9. Performance Management Accountability:<br>-- Provides continuous feedback to employees using specific terms regarding work performance<br>-- Conducts annual performance appraisals according to policy<br>-- Helps employees identify areas of strength and areas for development<br>-- Instructs and demonstrates ways that employees may improve performance or gain new skills<br>-- Encourages feedback from employees regarding performance management<br>-- Other:<br><br>Designation: | | | N/A |
| Results:<br><br> | | | N/A |

HCM-111 (02/17)

| ID | Name (Last, First, M.I.) | Job Title | P.I.N. |
|---|---|---|---|
| 171027 | Bointy, Janessa | School Counselor Specialist AWARE East | |

### Section C: Overall Accountability Rating

* If all Accountabilities are Meets Standards or below, then the Overall Accountability Rating cannot be Exceeds Standards.

* If any *critical* Accountability is Does Not Meet Standards, then the Overall Accountability Rating cannot be Exceeds Standards.

* If any three Accountabilities are either Needs Improvement or Does Not Meet Standards, then the Overall Accountability Rating cannot be Exceeds Standards.

**Overall Accountability Rating:** MEETS STANDARDS

(Enter the Overall Accountability Rating again in Section E.)

| Section D: Behaviors | Rating |
|---|---|
| **1. Customer Service Orientation**<br>•Listens and responds to customers in a courteous and professional manner; empathizes and engages in dialog with customers to gain a clear understanding of needs and goals; ensures expectations and time frames are clear and reasonable.<br>•When a "no" response is necessary, thoroughly explains the reasons and commits to providing options when possible. Looks for creative ways to meet customer needs.<br>•Establishes and maintains good working relationships with others. | |
| **Results:**<br>Janessa is always courteous and kind. She approaches interactions in a professional manner and focuses her efforts on relationship building. | EXCEEDS STANDARDS |
| **2. Teamwork**<br>•Keeps others informed about tasks, projects and issues, and shares experiences and information to help others learn more about the work/department/agency.<br>•Seeks input from coworkers; collaborates to resolve common problems; puts team success first; gives praise and credit to others.<br>•Willingly volunteers for projects or assignments.<br>•Treats others with respect and addresses conflict in a professional manner. | |
| **Results:**<br>Janessa continues to be a team player and offers support above and beyond with statewide efforts for PREPaRE training. She really stepped up to provide statewide efforts for crisis response training when the state experienced a shortage in trainers. She supports the AWARE team members and is always willing to lend a hand. | EXCEEDS STANDARDS |
| **3. Problem-Solving Initiative**<br>•Consistently identifies the cause of a problem and asks meaningful, relevant questions to understand the problem.<br>•Breaks down complex problems into fundamental parts.<br>•Recognizes when information is missing, incomplete or inaccurate; finds the necessary resources and information to provide timely resolution.<br>•Revises priorities based on changing needs of the customer or new requests for assistance. | |
| **Results:**<br>Janessa works with the AWARE team to problem solve as needed within the project. | MEETS STANDARDS |

| ID | Name (Last, First, M.I.) | Job Title | P.IN. |
|---|---|---|---|
| 171027 | Bointy, Janessa | School Counselor Specialist AWARE East | |

| | |
|---|---|
| 4. Leadership<br>•Promotes a supportive work environment and effectively manages conflict.<br>•Remains informed of changes in agency policy and procedures.<br>•Sets a good example for others in performance and behavior.<br>•Mentors staff/coworkers. | |
| Results:<br><br>Janessa maintains a supportive work environment and avoids conflict but if presented with a situation is always willing to professional work through them. | MEETS STANDARDS |
| 5. Observing Work Hours and Using Leave *(Do not consider any leave that is approved under FMLA.)*<br>•Makes productive use of work time and focuses on assigned duties and tasks.<br>•Considers work flow issues when requesting annual leave and taking breaks.<br>•Follows agency policy in use of sick leave; notifies supervisor in a timely manner.<br>•Arrives at work and meetings on time. | |
| Results:<br><br>Janessa continues to learn a balance with field work. She is working to address more consistently time management with regards to documenting work day tasks on outlook due to field work. So there is transparency about her time and effort. She does notify supervisor for any leave she is needing to use she is making attempts to improve on putting those in outlook so her calendar accurately reflects her day. Field work is the same as if you went into an office and Janessa is working to make sure she is transparent with her day to day. | MEETS STANDARDS |

Section E: Overall Performance Rating

1. Enter the Overall Accountability Rating (from Section C):

Overall Accountability Rating:

2. To arrive at an Overall Performance Rating, consider the ratings on the Behaviors:

   * If two or more Behaviors are Does Not Meet Standards, then the Overall Performance Rating *must* be one level lower than the Overall Accountability Rating.

   * If two or more Behaviors are Exceeds Standards, then the Overall Performance Rating *may* be one level higher than the Overall Accountability Rating.

3. Record the Overall Performance Rating:

Overall Performance Rating: MEETS STANDARDS

Section F: Summary / Development Plan

Performance Strengths:

Janessa has begun to communicate more effectively with supervisor regarding schedule, request for leave and other major attendance requirements of the job. She is a team player and is always willing to go train and support LEA's. A strength for Janessa is relationship building and she makes connections wherever she goes. She believes in this work and supporting the efforts of all students within schools.

HCM-111 (02/17)

| ID | Name (Last, First, M.I.) | Job Title | P.I.N. |
|---|---|---|---|
| 171027 | Bointy, Janessa | School Counselor Specialist AWARE East | |

**Performance Areas for Development:**

Janessa will work to use her outlook calendar more diligently to reflect her time and effort. She has already shown improvement in this domain and will continue to make this a priority. She will continue to observe an 8-430 workday as a filed employee and will continue to honor all OSDE field guidelines.

**Development Plan:**

Supervisor will continue to be a resource for Janessa and provide support and oversight.

**Section G: Record of Meetings/Discussions**

| Purpose of Meeting: Initial Planning | Start Date: | Supervisor's Signature | Date |
|---|---|---|---|
| Employee's Signature | Date | Reviewer's Signature | Date |

| Purpose of Meeting: Mid-Year Review | | Cheryl McGee (Digitally signed by Cheryl McGee, Date: 2022.12.06 09:50:07 -06'00') | |
|---|---|---|---|
| | | Supervisor's Signature | Date |
| Janessa Bointy (Digitally signed by Janessa Bointy, Date: 2022.06.06 08:50:11 -05'00') | 6/6/2022 | | |
| Employee's Signature | Date | Reviewer's Signature | Date |

(This section is OPTIONAL and is used for extra meetings.)

| Purpose of Meeting | Date | Supervisor's Signature | Date |
|---|---|---|---|
| Employee's Signature | Date | Reviewer's Signature | Date |

| Purpose of Meeting: Closeout of the PMP | End Date: 12/31/22 | Supervisor: I certify that this report represents my best judgment and has been discussed with the employee. |
|---|---|---|
| | | Cheryl McGee (Digitally signed by Cheryl McGee, Date: 2022.12.06 10:19:38 -06'00') |
| | | Supervisor's Signature                Date |

Employee: I certify that this report has been discussed with me. I understand that my signature does not necessarily indicate my agreement with the contents of the report.

Reviewer: I certify that I agree with this report and have listed any exceptions/comments in the Additional Comments section.

| Janessa Bointy (Digitally signed by Janessa Bointy, Date: 2022.12.08 14:19:00 -06'00') | | | |
|---|---|---|---|
| Employee's Signature | Date | Reviewer's Signature | Date |

HCM-111 (02/17)

| ID 171027 | Name (Last, First, M.I.) Bolnty, Janessa | Job Title School Counselor Specialist AWARE East | P.I.N. |
|---|---|---|---|
| Employee Comments: | | Additional Comments (Supervisor and/or Reviewer): | |

**This page is to be maintained by supervisor and attached after the PMP closeout.**

Copies: _____ Employee
_____ Supervisor
_____ Agency Human Resources Department
_____ Other

HCM-111 (02/17)