## State of Oklahoma
## Performance Management Process (PMP)

| Section A: ID 171027 | Name (LAST, First, M.I.) Janessa Bointy | Job Title School Counselor Specialist AWARE (East) | P.I.N. Required |
|---|---|---|---|

| Reason for PMP Closeout | Start Date 12/28/2020 | End Date 12/31/2021 | Agency OSDE 265 | Supervisor Cheryl McGee Program Manager Project AWARE | Organizational Unit/Division Student Support | Job Code Required |
|---|---|---|---|---|---|---|

| Section B: Accountabilities *(Tasks + Performance Standards)* | Rating |
|---|---|
| 1. Direct the development of long-range plans, goals and objectives related to social/emotional development, trauma-informed schools' practices, at-risk student identification and student success within AWARE East LEA.<br><br>Designation: Important | Meets Standards |
| Results: | |
| 2. Organize, implement, and encourage state, regional and district improvement in school counseling programs through professional development focused on assuring that all participants achieve increased capacity to assist students; and create and deliver meaningful and articulate presentations to State Board of Education members and legislators.<br><br>Designation: Critical | Meets Standards |
| Results:<br>Janessa works strategically with her assigned LEAs in the AWARE East region to really look at the school counseling programs and how their work is crucial within MTSS and student support initiatives. Stakeholders value her engagement and take the skills and implement them into their local engagement efforts. | |
| 3. Work directly with AWARE LEAs on implementation of a comprehensive school counseling framework and SEL competencies.<br><br>Designation: Critical | Meets Standards |
| Results:<br><br>Janessa continues to align the AWARE Counseling teams in each LEA to best practice for school counselors and really helps sites to capture needed tools to lift SEL and school climate practices. | |
| 4. Stay informed of new trends, diagnostic and evaluation techniques, curriculum materials, curriculum integration and technology;<br><br>Designation: Critical | Meets Standards |
| Results: | |

OPM-111 REVISED (8/06)



EXHIBIT 5

| ID<br>EMPL ID<br>Required | Name (LAST, First, M.I.)<br>Janessa Bointy | Job Title<br>School Counselor Specialist AWARE (East) | P.I.N.<br>Required |
|---|---|---|---|
| Section B: Accountabilities *(Tasks + Performance Standards)* | | | Rating |
| 5. Work directly with AWARE LEAs on MTSS implementation with a focus on SEL and Mental Health supports.<br><br>Designation: Critical | | | Meets Standards |
| Results:<br>Janessa works with the AWARE LEAs, SWIFT MTSS trainers/partners in this work, OSDE team, and ODMHSAS team to support SEL and MH implementation. | | | |
| 6. Attend all required AWARE meetings with LEAs and OSDE AWARE leadership to streamline progress on goals and objectives of the AWARE grant.<br><br>Designation: Critical | | | Meets Standards |
| Results: | | | |
| 7. Provide consistent virtual and in/person counseling oversight to the AWARE (East) LEAs. Train AWARE LEA counselors with OSDE approved trainings regarding best practices and The Oklahoma School Counselor Framework.<br><br>Designation: Important | | | Meets Standards |
| Results:<br>Janessa continues to meet with key stakeholders in person and virtually to meet their needs and continues to motivate teaming and dreaming sessions to lift the work of AWARE. | | | |
| 8.<br><br>Designation: | | | |
| Results: | | | |
| For Supervisors/Managers Only<br>9. Performance Management Accountability:<br>-- Provides continuous feedback to employees using specific terms regarding work performance<br>-- Conducts annual performance appraisals according to policy<br>-- Helps employees identify areas of strength and areas for development<br>-- Instructs and demonstrates ways that employees may improve performance or gain new skills<br>-- Encourages feedback from employees regarding performance management<br>-- Other:<br>Designation: Not Applicable | | | |
| Results: | | | |

OPM-111 REVISED (8/06)

| ID<br>EMPL ID<br>Required | Name (LAST, First, M.I.)<br>Janessa Bointy | Job Title<br>School Counselor Specialist AWARE (East) | P.I.N.<br>Required |
|---|---|---|---|

### Section C: Overall Accountability Rating
* If all Accountabilities are Meets Standards or below, then the Overall Accountability Rating cannot be Exceeds Standards.
* If any *critical* Accountability is Does Not Meet Standards, then the Overall Accountability Rating cannot be Exceeds Standards.
* If any three Accountabilities are either Needs Improvement or Does Not Meet Standards, then the Overall Accountability Rating cannot be Exceeds Standards.

**Overall Accountability Rating:**
(Enter the Overall Accountability Rating again in Section E.)

| Section D: Behaviors | Rating |
|---|---|
| **1. Customer Service Orientation**<br>Develops a clear understanding of customers' needs and goals; maintains clear communication with customers regarding expectations and time frames; follows through and responds to customers' requests, questions and complaints in a timely manner; follows up with customers after a problem has been resolved to inform them of any action taken; takes personal responsibility for meeting commitments and correcting problems; responds calmly under pressure. | Meets Standards |
| Results: | |
| **2. Teamwork**<br>Offers to help and pitches in to get the job done; works well with others when resolving common issues or problems; does not hesitate to praise and give credit to co-workers when they have done a good job; keeps others informed and up-to-date about tasks or projects; gives support to others by providing detailed instructions; works effectively with others to resolve a common issues or problems; listens to and seeks others' perspective on how to complete work assignments. | Meets Standards |
| Results:<br><br>A domain for improvement within this category is keeping others informed and up to date on tasks or projects currently in the works or being developed. Trying to negotiate where this role is going since this title has not existed prior. | |
| **3. Problem-Solving Initiative**<br>Solves problems in a timely way; identifies the cause of problems and finds the necessary resources and information to solve the problems; uses experience to recognize immediate problems and issues; breaks problems down into lists of tasks, issues or activities; sets priorities on tasks and activities that compete for attention; recognizes when information is missing, incomplete or wrong; understands and is able to discuss the logical sequence of events when solving problems or working on a project; re-sets priorities based on changing needs or new requests. | Meets Standards |
| Results: | |
| **4. Leadership**<br>Sets priorities to align work with and in support of agency or division goals; plans and leads meetings to ensure that issues are discussed, and agendas are met; provides others with timely and accurate feedback; gains access to resources in a timely manner; recommends changes in work methods to improve performance in the agency or division; asks for others' opinions, ideas and recommendations to involve others in improving the work situation. | Meets Standards |
| Results:<br>Janessa always brings thoughts to the OSDE team regarding program objectives and looks for innovative ways to streamline the work and provide LEAs with the support they need to do the work. | |

OPM-111 REVISED (8/06)

| ID<br>EMPL ID<br>Required | Name (LAST, First, M.I.)<br>Janessa Bointy | Job Title<br>School Counselor Specialist AWARE (East) | P.I.N.<br>Required |
|---|---|---|---|

| Section D: Behaviors | Rating |
|---|---|
| 5. Observing Work Hours and Using Leave *(Do not consider any leave that is approved under FMLA.)*<br>Arrives at work on time; is punctual with lunch hour and break periods; makes productive use of work time, focusing on assigned duties and tasks; ensures that work does not suffer if personal business interrupts the workday; in use of sick leave, notifies supervisor in a timely manner in accordance with agency policy; takes into account work flow issues when requesting annual leave or taking breaks. | Needs Improvement |
| Results:<br>Janessa could improve within this category regarding punctuality, productive use of work time, focusing on assigned duties and tasks, and ensuring that personal business doesn't interrupt the workday. It should be noted that Janessa has observed agency policy with regards to annual leave requests and meets standards there. Janessa has had to adjust this year to what working in the field entails. There have been times that her observation of work hours has not aligned fully with field expectations. Janessa struggles at times responding promptly to email and other forms of work-related communication from team members and supervisor during regular work hours. | |

## Section E: Overall Performance Rating

1. Enter the Overall Accountability Rating (from Section C):

   Overall Accountability Rating:

2. To arrive at an Overall Performance Rating, consider the ratings on the Behaviors:

   * If two or more Behaviors are Does Not Meet Standards, then the Overall Performance Rating *must* be one level lower than the Overall Accountability Rating.

   * If two or more Behaviors are Exceeds Standards, then the Overall Performance Rating *may* be one level higher than the Overall Accountability Rating.

3. Record the Overall Performance Rating:

   **Overall Performance Rating:** Meets Standards

## Section F: Summary / Development Plan

**Performance Strengths:**
Janessa is competent in domains aligned to school counseling and student supports. She exhibits a helpful supportive demeanor when engaging with community stakeholders, LEA staff/educators, and OSDE collaborators. She brings humor and fun to her work and interactions.

**Performance Areas for Development:**

Optimizing daily schedule, a time audit may be helpful due to field work and may help prioritize workflow.
Improve on communication with team members and collaborate amongst like disciplines to build AWARE to the next level within AWARE. Being more timely and more concise with Time and Effort, what is happening in a typical work day and week and if open times are available if reaching out to the team to see what components can be resourced or helped with.

| ID<br>EMPL ID<br>Required | Name (LAST, First, M.I.)<br>Janessa Bointy | Job Title<br>School Counselor Specialist AWARE (East) | P.I.N.<br>Required |
|---|---|---|---|

**Development Plan:**
Janessa will work alongside supervisor to improve communication with regards to daily tasks, schedules, etc. It should be noted that this domain is already happening, and Janessa is aware and making strides to continue improvement. If a time audit is warranted, we will look to implementing that and/or removing her role from field to office based for continuity and accountability. Time management and continued growth in streamlining the checks and balances to state level reporting procedures. Janessa's success in her current role is the upmost importance to her supervisor. Supervisor will continue to empower, guide, and support all areas of needed development.