# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JANESSA BOINTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-1002-SLP |
| | ) | |
| STATE OF OKLAHOMA, | ) | (District Court of Oklahoma |
| ex rel., OKLAHOMA STATE | ) | County, Case No. CJ-2023-5054) |
| DEPARTMENT OF EDUCATION, | ) | |
| and RYAN WALTERS, in his Official | ) | |
| Capacity as Superintendent of Public | ) | |
| Instruction, and in his Individual | ) | |
| Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## **J U D G M E N T**

Pursuant to the Court's Orders [Doc. Nos. 118 and 119] entered this same date, judgment is entered in favor of Defendants State of Oklahoma ex rel. Oklahoma Department of Education, Ryan Walters in his official capacity as Superintendent of Public Instruction, and Ryan Walters, in his individual capacity, on Plaintiff's federal claims brought pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claim brought against Defendant Oklahoma State Department of Education and remands that claim to the District Court of Oklahoma County, State of Oklahoma.

ENTERED this 23rd day of June, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE